1074

No. 98–8147. SPEED v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 98–8153. CRUTCHER v. TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 98–8154. VIOLETT v. PEARSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–8157. TAYLOR v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 98–8158. VELASQUEZ v. KEANE, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–8165. THORN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8166. CLIFF v. BROWNSTEIN, CLERK, APPELLATE DIVISION, SUPREME COURT OF NEW YORK, SECOND JUDICIAL DEPARTMENT. C. A. 2d Cir. Certiorari denied.

No. 98–8168. HOKE v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. Ct. App. Ariz. Certiorari denied.

No. 98–8209. DAVIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8210. FRANKLIN v. SCHOTTEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–8267. RUSSELL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–8279. AWOFOLU v. LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8282. ANDERSON v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.